

**NUMBER 13-16-00334-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

**IN THE INTEREST OF K. A. H. JR., A CHILD**

**On appeal from the 94th District Court
of Nueces County, Texas.**

**MEMORANDUM OPINION**

**Before Justices Rodriguez, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Cheri Davis, appealed a judgment entered by the 94th District Court of Nueces County, Texas. On June 30, 2016, the Clerk of this Court notified appellant that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 25.1(d). *See* TEX. R. APP. P. 25.1(d). The Clerk directed appellant to file an amended notice of appeal with the district clerk's office within 30 days from the date of that notice. On August 8, 2016, the Clerk notified appellant that the defect had not been corrected and warned appellant that the appeal would be dismissed if the defect was not cured within

ten days.  Appellant has not responded to the notice from the Clerk or corrected the defect.

On July 28, 2016, the Clerk of the Court notified appellant that she was delinquent in remitting a $205.00 filing fee.   The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter.   *See id.* 42.3(b),(c).

The Court, having considered the documents on file and appellant's failure to correct the defect or pay the filing fee, is of the opinion that the appeal should be dismissed.   *See id.* 37.3, 42.3(b),(c).   Accordingly, the appeal is DISMISSED for want of prosecution.

PER CURIAM

Delivered and filed the
1st day of September, 2016.